UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| RICARDO CASTILLO, individually and on behalf of all others similarly situated, Plaintiff, v. UNITED RENTALS (NORTH AMERICA), INC., Defendant. | CASE NO. C17-1573JLR<br><br>RULE 16(B) AND RULE 23(D)(2) SCHEDULING ORDER REGARDING CLASS/COLLECTIVE CERTIFICATION MOTION |
|---|---|

| Deadline to complete discovery on class/collective certification (not to be construed as a bifurcation of discovery) | *March 23, 2018* |
|---|---|
| Deadline for Plaintiffs to file motion for class/collective certification (noted on the fourth Friday after filing and service of the motion pursuant to Local Rules W.D. Wash. LCR 7(d)(3) unless the parties agree to different times for filing the response and reply memoranda). | *April 23, 2018* |

ORDER - 1

1   This Order is issued at the outset of the case, and a copy is sent by the clerk to counsel for
2   plaintiff (or plaintiff, if pro se) and any defendants who have appeared. Plaintiff's counsel (or
3   plaintiff, if pro se) is directed to serve copies of this Order on all parties who appear after this
4   Order is filed. Such service shall be accomplished within ten (10) days after each appearance.
5   The court will set further case schedule deadlines pursuant to Federal Rule of Civil
6   Procedure 16(b) after ruling on the motion for class/collective certification. Counsel for
7   Plaintiff(s) shall inform the court immediately should Plaintiff(s) at any time decide not
8   to seek class/collective certification. The dates set in this scheduling order are firm dates
9   that can be changed only by order of the court, not by agreement of the parties. The court
10  will alter these dates only upon good cause shown. The failure to complete discovery
11  within the time allowed will not ordinarily constitute good cause. As required by LCR
12  37(a), all discovery matters are to be resolved by agreement if possible. In addition,
13  pursuant to Federal Rule of Civil Procedure 16, the Court "direct[s] that before moving
14  for an order relating to discovery, the movant must request a conference with the court"
15  by notifying Ashleigh Drecktrah at (206) 370-8520. See Fed. R. Civ. P. 16(b)(3)(B)(v).

    Dated this 7th day of December, 2017.

                                        JAMES L. ROBART
                                        United States District Judge