UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICARDO CASTILLO, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED RENTALS (NORTH AMERICA), INC.,<br><br>        Defendant. | CASE NO. C17-1573JLR<br><br>ORDER |

Pursuant to the parties' Joint Status Report of January 16, 2018, (JSR (Dkt. # 18)), the court sets the following schedule:

1. Plaintiff Ricardo Castillo's Motion for Conditional Certification shall be filed on or before April 23, 2018. The remaining briefing schedule will adhere to Local Rule 7.

ORDER - 1

2. The deadline to complete discovery regarding class certification and decertification of a conditionally-certified collective will be July 20, 2018.

3. Mr. Castillo's class certification motion will be filed no later than August 17, 2018.

4. Defendant United Rentals (North America), Inc.'s ("United Rentals") opposition to Mr. Castillo's motion for class certification, as well as United Rentals' motion for decertification of a conditionally certified collective, will be due on September 17, 2018.

5. Mr. Castillo's reply brief in support of class certification, as well as Mr. Castillo's opposition to United Rentals' motion for decertification of the conditionally certified collective, will be due on October 8, 2018.

6. United Rentals' reply brief in support of its motion to decertify the conditionally certified collective will be due October 22, 2018.

Dated this 29th day of January, 2018.

JAMES L. ROBART
United States District Judge