The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICARDO CASTILLO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED RENTALS (NORTH AMERICA), INC.,<br><br>Defendant. | No. 2:17-cv-01573 JLR<br><br>JOINT STIPULATION TO MODIFY CASE MANAGEMENT ORDER |

Plaintiff Ricardo Castillo ("Plaintiff") and Defendant United Rentals ("Defendant") (Plaintiff and Defendant are collectively referred to as the "Parties"), through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed this class and collective action on October 23, 2017, alleging claims under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* ("FLSA") and Washington state law;

WHEREAS, Defendant filed a motion to dismiss Plaintiff's Complaint on December 20, 2017;

WHEREAS, on January 29, 2018, the Court issued a case management order providing the following case management dates:

- Plaintiff's Motion for Conditional Certification – April 23, 2018;
- Discovery cutoff for class certification and decertification – July 20, 2018;
- Plaintiff's motion for class certification – August 17, 2018;
- Defendant's opposition to Plaintiff's motion for class certification, as well as Defendant's motion for decertification of a conditionally certified collective – September 17, 2018;
- Plaintiff's reply in support of class certification, as well as Plaintiff's opposition to decertification – October 8, 2018; and
- Defendant's reply in support of decertification – October 22, 2018.

WHEREAS, on March 19, 2018, this Court granted in part, and denied in part, Defendant's motion to dismiss Plaintiff's Complaint, and dismissed Plaintiff's claims for minimum wage and overtime violations under Washington law and the Fair Labor Standards Act ("FLSA"), and Plaintiff's claims under the Washington Consumer Protection Act;

WHEREAS, Plaintiff's amended complaint is due on April 3, 2018;

WHEREAS, the parties are actively conducting discovery, and are in the process of meeting and conferring over the adequacy of discovery responses, the scheduling of depositions, as well as the scope of topics for a Rule 30(b)(6) deposition of Defendant's corporate designee;

WHEREAS, until the amended complaint is filed, Defendant is not in a position to know whether it will seek dismissal of any portion of Plaintiff's first amended complaint, including potential claims under the FLSA;

WHEREAS, given the uncertainty of the pleadings, the status of Plaintiff's potential claims under the FLSA, as well as the Parties' ongoing efforts to informally resolve outstanding discovery disputes, the Parties agree that the January 29, 2018 case management dates should be modified;

WHEREAS, due to the uncertainty over the pleadings, the Parties will be in a better position to propose new case management dates once Plaintiff files his first amended complaint;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties that:

1. The January 29, 2018 Case Management Order be vacated;
2. On or before April 13, 2018 (ten days after Plaintiff's first amended complaint is due), the parties will propose new case management dates regarding discovery, conditional certification, class certification, and decertification.

Respectfully submitted this 23rd day of March, 2018.

| TERRELL MARSHALL LAW GROUP PLLC | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By: /s/ Erika L. Nusser<br>Beth E. Terrell, WSBA No.26759<br>Jennifer Rust Murray, WSBA No. 36983<br>Erika L. Nusser, WSBA No. 40854<br>936 North 34th Street, Suite 300<br>Seattle, WA 98103<br>Telephone: (206) 816-6603<br>Email: bterrell@terrellmarshall.com<br>       jmurray@terrellmarshall.com<br>       enussesr@terrellmarshall.com | By: /s/ Sheehan Sullivan Weiss<br>Sheehan Sullivan Weiss, WSBA No. 33189<br>Ryan C. Hess, WSBA No. 50738<br>Arthur A. Simpson, WSBA No. 44479<br>1201 Third Ave, Suite 2200<br>Seattle, WA 98101<br>Telephone: (206) 622-3150<br>Email: sheehansullivanweiss@dwt.com<br>       ryanhess@dwt.com<br>       arthursimpson@dwt.com |
| *Attorneys for Defendant* | *Attorneys for Defendant* |

SCHNEIDER WALLACE COTTRELL KONECY WOTKYNS, LLP

By: /s/ David C. Leimbach
Carolyn Hunt Cottrell, *Admitted Pro Hac Vice*
David C. Leimbach, *Admitted Pro Hac Vice*
Schneider Wallace Cottrell Konecky Wotkyns, LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Phone: (415) 4221-7100
Email: ccottrell@schneiderwallace.com
       dleimbach@schneiderwallace.com

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I, Jennifer A. Perez, declare the following:

I am over the age of eighteen years and not a party to the within entitled action. I am employed at Schneider Wallace Cottrell Konecky Wotkyns LLP, located at 2000 Powell Street, Suite 1400, Emeryville, California 94608.

On March 23, 2018, I served the following document(s):

- **JOINT STIPULATION TO MODIFY CASE MANAGEMENT ORDER**

on the following interested party(ies):

| | |
|---|---|
| Beth E. Terrell, WSBA No.26759<br>Jennifer Rust Murray, WSBA No. 36983<br>Erika L. Nusser, WSBA No. 40854<br>TERRELL MARSHALL LAW GROUP PLLC<br>936 North 34th Street, Suite 300<br>Seattle, WA 98103<br>bterrell@terrellmarshall.com<br>jmurray@terrellmarshall.com<br>enussesr@terrellmarshall.com<br><br>*Attorneys for Defendant* | Sheehan Sullivan Weiss, WSBA No. 33189<br>Ryan C. Hess, WSBA No. 50738<br>Arthur A. Simpson, WSBA No. 44479<br>DAVIS WRIGHT TREMAINE LLP<br>1201 Third Ave, Suite 2200<br>Seattle, WA 98101<br>sheehansullivanweiss@dwt.com<br>ryanhess@dwt.com<br>arthursimpson@dwt.com<br><br>*Attorneys for Defendant* |

[✓] **BY U.S. MAIL:** I placed a true copy(s) thereof enclosed in a sealed envelope(s) with the postage thereon fully prepaid at the address(s) set forth above and deposited such envelope(s) in the mail at Emeryville, California. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service open that same day at Emeryville, California. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[✓] **BY ELECTRONIC SERVICE** by electronically mailing a true and correct copy in PDF format through SWCKW's electronic mail system to the email address(es) set forth above.

JOINT STIPULATION TO MODIFY CASE
MANAGEMENT ORDER (Cause No. 2:17-cv-01573 JLR)
Page 4

1  I declare under penalty of perjury under the laws of the State of California that the
2  foregoing is true and correct. Executed on March 23, 2018 at Emeryville, California.

3

4                                          */s/ Jennifer A. Perez*
                                            Jennifer A. Perez

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICARDO CASTILLO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED RENTALS (NORTH AMERICA), INC.,<br><br>Defendant. | Case No.: 2:17-cv-01573-JLR<br><br>[~~PROPOSED~~] ORDER APPROVING JOINT STIPULATION TO MODIFY CASE MANAGEMENT ORDER |

[~~PROPOSED~~] ORDER APPROVING JOINT
STIPULATION TO MODIFY CASE MANAGEMENT ORDER
(No.: 2:17-cv-01573-JLR)

SCHNEIDER WALLACE
COTTRELL KONECKY WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
415-421-7100

Before the Court are Plaintiff Ricardo Castillo ("Plaintiff") and Defendant United Rentals' ("Defendant") (Plaintiff and Defendant are collectively referred to as the "Parties") request to vacate and modify the Case Management Order, entered on January 29, 2018. Having reviewed the Parties' request and with good cause appearing, the Court hereby approves the Parties' Joint Stipulation to Modify the Case Management Order. IT IS HEREBY GRANTED that:

1. The January 29, 2018 Case Management Order is vacated.

2. On or before April 13, 2018 (ten days after Plaintiff's first amended complaint is due), the parties will propose new case management dates regarding discovery, conditional certification, class certification, and decertification.

Dated this 26th day of March, 2018.

_____
JAMES L. ROBART
United States District Judge

[PROPOSED] ORDER APPROVING JOINT
STIPULATION TO MODIFY CASE MANAGEMENT ORDER
(No.: 2:17-cv-01573-JLR)

SCHNEIDER WALLACE
COTTRELL KONECKY WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
415-421-7100