UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICARDO CASTILLO,<br><br>                Plaintiff,<br>    v.<br><br>UNITED RENTALS (NORTH AMERICA), INC.,<br><br>                Defendant. | CASE NO. C17-1573JLR<br><br>MINUTE ORDER SETTING HEARING |

    The following minute order is made by the direction of the court, the Honorable James L. Robart:

    The parties have raised several discovery issues with the court.[1] The court ORDERS parties to file statements of no more than three (3) pages explaining the nature of the discovery disputes and specifically describing the issues the parties seek to take up.

---

[1] Plaintiff Ricardo Castillo filed a motion for a protective order that has now been withdrawn. (*See* Mot. (Dkt. # 39); Not. of Withdrawal (Dkt. # 40).)

MINUTE ORDER - 1

The parties must file their statements no later than Thursday, May 31, 2018 at 5:00 p.m.

The court also SCHEDULES an in-person hearing regarding the disputes on Monday, June 4, 2018, at 2:00 p.m.

Filed and entered this 23rd day of May, 2018.

WILLIAM M. MCCOOL
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk