The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICARDO CASTILLO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED RENTALS (NORTH AMERICA), INC.,<br><br>Defendant. | No. 2:17-cv-01573 JLR<br><br>STIPULATED MOTION AND [~~PROPOSED~~] ORDER STRIKING IN-COURT HEARING<br><br>Noted for Hearing: May 31, 2018 |

STIPULATED MOTION AND [~~PROPOSED~~] ORDER
STRIKING IN-COURT HEARING
(2:17-cv-01573 JLR) - 1

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

# STIPULATED MOTION

Plaintiff Ricardo Castillo and Defendant United Rentals (North America), Inc. ("United Rentals") (collectively, the "Parties") stipulate as follows through their respective counsel:

1. On May 23, 2018, the Court entered an Order setting an in-court hearing to address discovery disputes between the Parties per the Parties' joint request. Dkt. No. 41.

2. The Parties report that they have since resolved all discovery disputes pending between them at this time.

3. Because there are no discovery disputes currently requiring the Court's intervention, the Parties do not intend to file the three-page submissions contemplated in the Court's May 23, 2018 Order.

4. Based on the foregoing, the Parties jointly request that the Court enter the accompanying Proposed Order striking from the Court's docket the in-court hearing currently scheduled for June 4, 2018.

IT IS SO STIPULATED.

[Signatures on following page]

STIPULATED MOTION AND [PROPOSED] ORDER
STRIKING IN-COURT HEARING
(2:17-cv-01573 JLR) - 2

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

RESPECTFULLY SUBMITTED this 31st day of May, 2018.

| SCHNEIDER WALLACE COTTRELL KONECY WOTKYNS, LLP | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| /s/ David C. Leimbach<br>Carolyn Hunt Cottrell, *Admitted Pro Hac Vice*<br>David C. Leimbach, *Admitted Pro Hac Vice*<br>Schneider Wallace Cottrell Konecky Wotkyns, LLP<br>2000 Powell Street, Suite 1400<br>Emeryville, CA 94608<br>Phone: (415) 4221-7100<br>Email: ccottrell@schneiderwallace.com<br>      dleimbach@schneiderwallace.com | /s/ Arthur A. Simpson<br>Sheehan Sullivan Weiss, WSBA No. 33189<br>Ryan C. Hess, WSBA No. 50738<br>Arthur A. Simpson, WSBA No. 44479<br>Davis Wright Tremaine LLP<br>1201 Third Ave, Suite 2200<br>Seattle, WA 98101<br>Telephone: (206) 622-3150<br>Email: sheehansullivanweiss@dwt.com<br>      ryanhess@dwt.com<br>      arthursimpson@dwt.com |
| TERRELL MARSHALL LAW GROUP PLLC | |
| /s/ Erika L. Nusser<br>Beth E. Terrell, WSBA No.26759<br>Jennifer Rust Murray, WSBA No. 36983<br>Erika L. Nusser, WSBA No. 40854<br>Terrell Marshall Law Group PLLC<br>936 North 34th Street, Suite 300<br>Seattle, WA 98103<br>Telephone: (206) 816-6603<br>Email: bterrell@terrellmarshall.com<br>      jmurray@terrellmarshall.com<br>      enussesr@terrellmarshall.com | *Attorneys for Defendant* |

*Attorneys for Plaintiff*

STIPULATED MOTION AND [PROPOSED] ORDER
STRIKING IN-COURT HEARING
(2:17-cv-01573 JLR) - 3

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

1  [PROPOSED] ORDER

2  Pursuant to the accompanying stipulation, and for good cause shown, the Court
3  GRANTS the stipulation. The Court hereby STRIKES the June 4, 2018 hearing from this
4  Court's docket.

5
6  IT IS SO ORDERED.
7  Dated: ~~May~~ June 1, 2018.

   _____
8  Honorable James L. Robart
   UNITED STATES DISTRICT JUDGE
9

STIPULATED MOTION AND [PROPOSED] ORDER
STRIKING IN-COURT HEARING
(2:17-cv-01573 JLR) - 4

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.

DATED this 31st day of May, 2018.

/s/Margaret C. Sinnott
Margaret C. Sinnott

STIPULATED MOTION AND [PROPOSED] ORDER
STRIKING IN-COURT HEARING
(2:17-cv-01573 JLR) - 5
4812-9170-3399v.1 0110505-000001

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax