The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEAN POWELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED RENTALS (NORTH AMERICA), INC.,<br><br>Defendant. | No. 2:17-cv-01573 JLR<br><br>JOINT STIPULATION AND [~~PROPOSED~~] ORDER FOR LEAVE TO FILE THIRD AMENDED COMPLAINT |

Plaintiff Sean Powell ("Plaintiff") and Defendant United Rentals ("Defendant") (Plaintiff and Defendant are collectively referred to as the "Parties"), through their respective counsel, hereby stipulate as follows:

WHEREAS, on October 23, 2017, Plaintiff Ricardo Castillo filed this putative class and collective action, alleging claims under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* ("FLSA) and Washington state law (ECF 1);

WHEREAS, on March 19, 2018, this Court granted in part, and denied in part, Defendant's motion to dismiss Plaintiff's Complaint, and dismissed Plaintiff's claims for

minimum wage and overtime violations under Washington law and the Fair Labor Standards Act ("FLSA"), and Plaintiff's claims under the Washington Consumer Protection Act (ECF 30);

WHEREAS, on April 3, 2018, Plaintiff Ricardo Castillo filed his First Amended Complaint to revise the factual allegations to specify the exact workweeks wherein Plaintiff Ricardo Castillo was subject to overtime violations (ECF 34);

WHEREAS, on April 17, 2018, Defendant filed its Answer to Plaintiff Ricardo Castillo's First Amended Complaint (ECF 38);

WHEREAS, on July 17, 2018, Plaintiff filed his Second Amended Complaint to substitute Plaintiff Ricardo Castillo with Plaintiff Sean Powell as named representative (ECF 53);

WHEREAS, in the interest of judicial economy and to avoid unnecessary motion practice, the Parties have met and conferred and have agreed to stipulate to leave for Plaintiff to file his Third Amended Complaint;

WHEREAS, Plaintiff now seeks leave to file his Third Amended Complaint to revise the factual allegations to specify the exact workweeks wherein Plaintiff was subject to overtime violations;

WHEREAS, Plaintiff maintains that there is good cause for leave to amend his operative complaint. Granting leave to amend will facilitate the interest of justice by allowing the Parties to efficiently resolve all disputed issues in this action, including the issue of whether the Second Amended Complaint complies with the Ninth Circuit's decision in *Landers v. Quality Communications, Inc.*, 771 F.3d 638 (9th Cir. 2014). The procedural posture of the case supports amendment, as the Court has vacated the case schedule and a trial date has not yet been set;

WHEREAS, a true and correct copy of the proposed Third Amended Complaint is attached hereto as Exhibit 1;

WHEREAS, the Parties agree that the Third Amended Complaint, if permitted to be filed by order of the Court, shall be deemed served upon Defendant on the date this stipulation is approved by the Court;

WHEREAS, the Parties further agree that, if this stipulation is approved by the Court, Defendant shall have thirty (30) days from the date that this stipulation is approved by the Court to answer or otherwise respond to the Third Amended Complaint; and

WHEREAS, if Defendant does not file a responsive pleading within thirty (30) days as set forth above, Defendant's Answer to the First Amended Complaint filed on April 17, 2018 (ECF 38) shall be deemed Defendant's Answer to the Third Amended Complaint.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties that:

1. The Parties incorporate by reference, and stipulate to, the above Recitals;
2. Plaintiff should be granted leave to amend to file his Third Amended Complaint, a true and correct copy of which is attached hereto as Exhibit 1;
3. The Third Amended Complaint, if permitted to be filed by order of the Court, shall be deemed served upon Defendant on the date this Stipulation is approved by the Court;
4. If this Stipulation is approved by the Court, Defendant will have thirty (30) days from the date that this Stipulation is approved by the Court to answer or otherwise respond to the Third Amended Complaint; and
5. If Defendant does not file a responsive pleading within thirty (30) days as set forth in the Stipulation, Defendant's Answer to the First Amended Complaint filed on April 17, 2018 (ECF 38) shall be deemed Defendant's Answer to the Third Amended Complaint.

Respectfully submitted this 3rd day of August, 2018.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Erika L. Nusser
Beth E. Terrell, WSBA No. 26759
Jennifer Rust Murray, WSBA No. 36983
Erika L. Nusser, WSBA No. 40854
936 North 34th Street, Suite 300
Seattle, WA 98103
Telephone: (206) 816-6603
Email: bterrell@terrellmarshall.com
   jmurray@terrellmarshall.com
   enussesr@terrellmarshall.com

*Attorneys for Defendant*

DAVIS WRIGHT TREMAINE LLP

By: /s/ Arthur A. Simpson
Sheehan Sullivan Weiss, WSBA No. 33189
Ryan C. Hess, WSBA No. 50738
Arthur A. Simpson, WSBA No. 44479
1201 Third Ave, Suite 2200
Seattle, WA 98101
Telephone: (206) 622-3150
Email: sheehansullivanweiss@dwt.com
   ryanhess@dwt.com
   arthursimpson@dwt.com

*Attorneys for Defendant*

SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS, LLP

By: /s/ David C. Leimbach
Carolyn H. Cottrell, *Admitted Pro Hac Vice*
David C. Leimbach, *Admitted Pro Hac Vice*
Schneider Wallace Cottrell Konecky Wotkyns, LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Phone: (415) 421-7100
Email: ccottrell@schneiderwallace.com
   dleimbach@schneiderwallace.com

*Attorneys for Plaintiff*

JOINT STIPULATION AND [~~PROPOSED~~]
ORDER FOR LEAVE TO FILE THIRD
AMENDED COMPLAINT (Cause No. 2:17-cv-01573 JLR)
Page 4

# [~~PROPOSED~~] ORDER

Pursuant to the accompanying stipulation, and for good cause shown, the Court GRANTS the stipulation.

1. Plaintiff is granted leave to amend to file his proposed Third Amended Complaint, which is deemed filed today;
2. Defendant has thirty (30) days to answer or otherwise respond to the Third Amended Complaint; and
3. If Defendant does not file a responsive pleading within thirty (30) days, Defendant's Answer to the First Amended Complaint filed on April 17, 2018 (ECF 38) is deemed Defendant's Answer to the Third Amended Complaint.

IT IS SO ORDERED.

Dated: August 6th, 2018.

_____
JAMES L. ROBART
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.

DATED this 3rd day of August, 2018.

/s/ David C. Leimbach
David C. Leimbach